IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-53-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    LORENZO ROOT,**

        Defendant.

## ORDER GRANTING "ENDS OF JUSTICE" CONTINUANCE

Kane, J.

This matter is before the court on Defendant's Unopposed Motion for an Ends of Justice Continuance, to Reschedule Motions Filing Deadlines, Vacate Trial Date and Set Status Conference (doc. #14), filed March 7, 2008. The Motion, which is accepted as timely, is GRANTED.

For the reasons stated in the motion including remote area of offense and location of witnesses, time from alleged offense to filing of indictment, cultural barriers, and the presence of scientific evidence issues, the court finds that the ends of justice outweigh both the public's and the defendant's speedy trial rights under the Speedy Trial Act.

This case is continued to **April 10, 2008 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, for a **Status Conference** to determine whether additional time is needed for consideration of discovery and other pretrial matters, to set further deadlines, and re-set the trial date. The motions deadlines, the final trial preparation

conference of April 10, 2008, and the trial date of April 14, 2008 are **VACATED**.

Dated this 11th day of March, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court