IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-53-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    LORENZO ROOT,**

        Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Government's Motion to Change Time of Status Conference (doc. #17), filed March 12, 2008, is **GRANTED**. The time of the Status Conference is changed from 11:00 a.m to **10:00 a.m. on April 10, 2008.**

---

Dated: March 12, 2008