IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-53-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    LORENZO ROOT,**

        Defendant.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion to Waive Appearance of Defendant at Status Conference (doc. #20), filed April 4, 2008, is GRANTED. Defendant's appearance at the April 10, 2008 status conference is waived.

Dated: April 4, 2008