**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

---

| | |
|---|---|
| **Date:  July 13, 2009** | **Probation/Pretrial: Erika Coster & Laura Ansart by Video Conference** |
| **Secretarial Assistant:  Shirley W. Dills FTR** | **Interpreter:** |

---

**Criminal Case No.:   08-CR-00053-JLK**

**UNITED STATES OF AMERICA,**

                                      [  ] James Candelaria, AUSA
      **Plaintiff,**                [  ] Todd Norvell, AUSA
                                      [x ] Robert Mydans, AUSA
**v.**                                       [  ] Dondi Osborne, AUSA

**1.  LORENZO ROOT,**        **Counsel: Robert W. Pepin**

      **Defendant.**

---

**COURTROOM MINUTES - SENTENCING**

---

**Court in Session: 1:00 p.m.**

Court calls case and appearances entered.
Defendant present.

Court and counsel have received Pre-Sentence Investigation Report and Addendum.  Defense counsel objects to the multiple count adjustment.

Court advises it will not be sentencing under Guidelines.  Court will hear counsel regarding appropriate sentencing.  Objections overruled.

Counsel for Government advises that the victim or her family do not wish to make any further statement other than was contained in Victim Impact Statement.

1

The Court has reviewed the letter of Kathy Vetter provided by defense counsel.

Government advises it has discussed the terms of the Plea Agreement with the victims parents and they are in agreement with its terms.

Court hears statements from counsel for Defendant. Defendant makes no statement.

**ORDERED:**
- Court sentences Defendant to 30 months incarceration as to Count 1 and Count 2 of the Information. Said sentences shall be served concurrently, not consecutively. After the completion of his sentence, the Defendant shall be placed on 5 years Supervised Release as to Count 1 and Count 2. The terms of Supervised Release shall run consecutively and not concurrently.
- Defendant shall pay a $100.00 special assessment fee on Counts 1 and 2 for a total of $200.00. The Special Assessments shall be payable immediately.
- No fine is imposed.
- Defendant advised regarding his right to file Notice of Appeal.
- Defendant remanded to custody of U. S. Marshal to begin serving his sentence.

**ORDERED:**
- Upon oral motion of the Government, it is ordered that the original Indictment filed in this case be dismissed.

Counsel for the defendant requests that the Court recommend incarceration with the Bureau of Prisons in Tucson, Arizona.

The Court upon the request of defense counsel will make that recommendation to the Bureau of Prisons.

Hearing Concluded
**Court in Recess: 1:32 p.m.**
Time: 32 Minutes